IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD P. JOHNSON,<br><br>    Defendant. | No. C 11-4823 MMC<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

The Court is in receipt of plaintiff Frederick Smith's ("Smith") "Motion for Temporary Restraining Order," filed March 19, 2012. Having read and considered the motion, the Court rules as follows.

Smith has failed to show why the matter should be heard without notice and on an ex parte basis. See Fed. R. Civ. P. 65(b). Further, Smith has demonstrated neither a likelihood of success on the merits of his claims, nor that the relief sought in the motion bears any relation to said claims. See Winter v. Natural Res. Def. Council, 555 U.S. 7, 20 (2008) (holding plaintiff seeking preliminary injunctive relief "must establish that he is likely to succeed on the merits").

Accordingly, Smith's Motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 20, 2012

MAXINE M. CHESNEY
United States District Judge