IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SMITH,            No. C 11-4823 MMC

    Plaintiff,               **ORDER DISMISSING ACTION**

  v.

HAROLD P. JOHNSON,

    Defendant.
_____/

By order filed April 25, 2012, the Court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted. The Court afforded plaintiff the opportunity to file a First Amended Complaint no later than May 11, 2012. To date, plaintiff has not filed a First Amended Complaint.

Accordingly, for the reasons set forth in the Court's order filed April 25, 2012, the complaint in the above-titled action is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 21, 2012

                                           MAXINE M. CHESNEY
                                           United States District Judge