IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SMITH,

                                        No. CV-11-4823 MMC

         Plaintiff,

  v.                                   **JUDGMENT IN A CIVIL CASE**

HAROLD P. JOHNSON,

         Defendant.

_____/

      **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED**

      The above-titled action is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: May 21, 2012                      Richard W. Wieking, Clerk

                                          *Tracy Lucero*

                                By: Tracy Lucero
                                Deputy Clerk