IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SMITH,

    Plaintiff,

v.

HAROLD V. JOHNSON,

    Defendant.

No. 11-4823 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Before the Court is the plaintiff's "Second Amended Declaration Seeking Order to Show Cause-Alleged Contempt of Court," which the Court construes as a motion for reconsideration of the Court's April 25, 2012 order granting defendant's motion to dismiss.[1] So construed, the motion is hereby DENIED, for the reason that plaintiff has not identified a cognizable ground for reconsideration. See Fed. R. Civ. P. 60(b).

**IT IS SO ORDERED.**

Dated: September 27, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] To the extent said filing is intended as a motion for an order holding defendant in contempt of court, plaintiff has provided no basis for the issuance of such an order, and, accordingly, such request likewise is denied.